DISABILITY RIGHTS ADVOCATES
Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Jessica Agatstein (CA BAR NO. 319817)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Tel:  (510) 665-8644
Fax: (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Melissa A. Morris (CA BAR NO. 233393)
Public Interest Law Project
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:  (510) 891-9794
Fax: (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel – SBN 237982
KEVIN P. MCLAUGHLIN, Deputy City Attorney – SBN 251477
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-2961 Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH, SUNDAY PARKER, and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | Case No. 4:19-cv-05398-JST<br><br>STIPULATED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 AND TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS; [PROPOSED] ORDER |

**Background**

On August 28, 2019, Plaintiffs Ian Smith, Sunday Parker, and Mitch Jeserich filed this class-action case on behalf of themselves and all other Oakland renters with disabilities who need accessible housing. Plaintiffs allege that they and the class are discriminatorily excluded from the benefit of Defendant City of Oakland's Rent Adjustment Program—colloquially known as "rent control"—because few if any of the more than 64,000 rental units covered by that Program are accessible. Plaintiffs also allege that the City has refused to reasonably modify its Rent Adjustment Program to prevent this discrimination, as the Americans with Disabilities Act requires. The City denies these allegations.

On August 30, 2019, this Court issued a "Scheduling Order For Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II & III (42 U.S.C. §§ 12131-89)." ECF No. 10. This Order established the following schedule:

| Date | Event | Governing Rule |
|------|-------|----------------|
| 8/28/2019 | Complaint Filed | |
| 10/28/2019 | Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline | General Order 56; Civil L.R.7-11 |
| 7 Days Before Joint Site Inspection | Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises | FRCivP 26(a); General Order 56 ¶2; |
| 12/11/2019 | Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement | General Order 56 ¶3,4; |
| 28 days after Joint Site Inspection | Last day for parties to meet and confer in person to discuss settlement | General Order 56 ¶4; |
| 42 days after Joint Site Inspection | Last day for plaintiff to file "Notice of Need for Mediation" | General Order 56 ¶7; |
| 7 calendar days after mediation | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | General Order 56 ¶8; Civil L.R. 7-11 |

The Parties have met and conferred regarding the applicability of General Order 56, and believe that an alternative schedule and procedure would be more conducive to management of this "policy and practice" putative class action, which does not relate to any alleged architectural barriers.

The Parties have also met and conferred regarding modification of the briefing schedule on the City's anticipated motion to dismiss.  Based upon the complexity of the issues presented, the Parties believe that a one-week extension of the opposition and reply deadlines beyond the deadlines provided for by Civil Local Rule 7-3 is merited in this case.

**The Parties' Stipulated Request**

Pursuant to Civil Local Rule 7-11, the Parties now jointly request that the Court order as follows:

- That the Parties be relieved of their obligations to comply with the current Scheduling Order (ECF No. 10) and General Order No. 56.

- That this case be assigned to the Northern District's ADR Multi-Option Program, such that the Parties may schedule a settlement conference before a mutually-agreeable Magistrate Judge.

- On or before **October 29, 2019**: The City shall file its Motion to Dismiss Plaintiffs' Complaint.

- On or before **November 13, 2019**: The Parties shall meet and confer as required by Rule 26(f) of the Federal Rules of Civil Procedure.

- On or before **November 19, 2019**: Plaintiffs' Opposition to Defendant City of Oakland's Motion to Dismiss is due.

- On or before **November 27, 2019**:  The Parties shall complete the Initial Disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

- On or before **December 3, 2019**: The City's Reply in Support of its Motion to Dismiss is due.

- On or before **December 11, 2019 at 5:00 p.m.**: The Parties will file a Joint Case

1    Management Conference Statement providing all information required by the

2    Northern District's Standing Order Regarding the Contents of Joint Case

3    Management Statements.

4         • On **Wednesday, December 18, 2019, at 2:00 p.m.**, in Courtroom 6, 2ⁿᵈ Floor,

5              1301 Clay Street, Oakland, California, or as is convenient for the Court: The

6              parties shall appear for a hearing on Defendant's motion to dismiss, **and** for a

7              Case Management Conference pursuant to Rule 16 of the Federal Rules of Civil

8              Procedure.

9    Respectfully Submitted,

10

11   Dated: September 19, 2019                    DISABILITY RIGHTS ADVOCATES

12

13                                               By:  /s/ Sean Betouliere
                                                     Sean Betouliere
14

15                                               PUBLIC INTEREST LAW PROJECT

16

17                                               By:  /s/ Mike Rawson
                                                     Mike Rawson
18

19                                               Counsel for Plaintiffs

20   Dated: September 19, 2019                    CITY OF OAKLAND

21

22                                               By:  /s/ Kevin P. McLaughlin
                                                     Kevin P. McLaughlin, Deputy City
23                                                   Attorney

24                                               Counsel for Defendant City of Oakland

25                **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

26        Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

27   has been obtained from each of the other signatories.

28   Dated:  September 19, 2019            By:  /s/ Kevin P. McLaughlin

1

[PROPOSED] ORDER

2

3

4

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

5

6

7

8
Dated:      September 20, 2019                              By: _____

9                                                               The Honorable Jon S. Tigar
                                                            United States District Court
                                                            Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28