# CITY OF OAKLAND

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney
Barbara J. Parker
City Attorney
Kevin P. McLaughlin
Deputy City Attorney

(510) 238-3601
FAX: (510) 238-6500
TDD: (510) 238-6451
(510) 238-2961

September 23, 2019

VIA ECF ONLY

U.S. Magistrate Judge Donna M. Ryu
U.S. District Court, Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *Smith, et al. v. City of Oakland*
      Case No. 4:19-cv-05398-JST

Dear Judge Ryu:

A pre-settlement conference call is scheduled in this matter for September 30, 2019 at 11:00 a.m.  (Dkt. 15.)  Counsel for Defendant City of Oakland has a previously-scheduled deposition in another case at that time.  The Court has indicated two potential alternative dates for the call.  The parties have conferred regarding the available alternative dates, and agreed to conduct the call on October 4, 2019 at 9:30 a.m.  Defendant respectfully requests that the Court reschedule the pre-settlement conference call to occur on October 4, 2019 at 9:30 a.m.

Very truly yours,

BARBARA J. PARKER
City Attorney

By:  /s/ Kevin P. McLaughlin
     Kevin P. McLaughlin
     Deputy City Attorney

c.    All counsel, via ECF