DISABILITY RIGHTS ADVOCATES
Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Jessica Agatstein (CA BAR NO. 319817)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Tel:  (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Melissa A. Morris (CA BAR NO. 233393)
Public Interest Law Project
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:  (510) 891-9794
Fax:  (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel – SBN 237982
KEVIN P. MCLAUGHLIN, Deputy City Attorney – SBN 251477
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961 Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH, SUNDAY PARKER, and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | Case No. 4:19-cv-05398-JST<br><br>**NOTICE OF STIPULATED VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF PLAINTIFF SUNDAY PARKER'S CLAIMS** |

Under Federal Rule of Civil Procedure 41(a)(ii), Plaintiff Sunday Parker, by and through undersigned counsel, gives notice that she is voluntarily dismissing her claims against the City of Oakland, because she will be moving out of state in March 2020. Plaintiffs' counsel has conferred with counsel for Defendant City of Oakland, which hereby joins in this stipulation to dismiss Plaintiff Parker from this action, without prejudice.

Respectfully submitted this 21st day of February, 2020.

DISABILITY RIGHTS ADVOCATES

By: /s/ Sean Betouliere
Sean Betouliere

PUBLIC INTEREST LAW PROJECT

By:/s/ Michael Rawson
Michael Rawson

Counsel for Plaintiffs

CITY OF OAKLAND

By: /s/ Kevin P. McLaughlin
Kevin P. McLaughlin, Deputy City Attorney

Counsel for Defendant City of Oakland

FILER'S ATTESTATION

I, Sean Betouliere, attest that concurrence in the filing of this document has been obtained from all signatories.