DISABILITY RIGHTS ADVOCATES
Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Melissa A. Morris (CA BAR NO. 233393)
Public Interest Law Project
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:  (510) 891-9794
Fax:  (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
DAVID A. PEREDA, Special Counsel – SBN 237982
KEVIN P. MCLAUGHLIN, Deputy City Attorney – SBN 251477
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961 Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | Case No. 4:19-cv-05398-JST<br><br>**SECOND JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:     April 7, 2020<br>Time:    2:00 P.M.<br>Place:    Telephonic<br>Judge:   Hon. Jon S. Tigar |

# SECOND CASE MANAGEMENT STATEMENT

Pursuant to Civil L.R 16-10(d) and this Court's December 18, 2019 order (ECF No. 28), the Parties, by and though their undersigned counsel, jointly submit this Second Joint Case Management Statement.

## I. STATUS SINCE DECEMBER 18, 2019:

### A. Status of Settlement Discussions

Since December 18, 2019, the Parties have held two phone conferences with Magistrate Judge Ryu to discuss possible settlement and the scheduling of a formal settlement conference. The Parties have agreed that, until this Court rules on the City's pending motion to dismiss Plaintiffs' claims, any settlement discussions would likely be premature and unproductive. Judge Ryu had initially set a settlement conference for March 6, 2020. *See* ECF Nos. 18-19.

On February 18, 2020, Judge Ryu vacated this March 6 date in light of the continued pendency of the City's motion. ECF No. 31. The Parties instead conferred by phone with Judge Ryu on March 6 and agreed that, immediately after a ruling from the Court on the City's motion to dismiss, Plaintiffs would contact Judge Ryu to begin the process of setting another date for a settlement conference. ECF No. 33.

### B. Status of Litigation

In an effort to conserve resources, the Parties have largely held off on proceeding with active litigation while a ruling on the City's motion is pending. On February 21, 2020, the Parties stipulated to Plaintiff Sunday Parker's voluntary dismissal from this action, in anticipation of Ms. Parker's planned move out-of-state. Plaintiffs are in the process of preparing discovery requests, but may not have served them by April 7, 2020. The Parties are currently discussing reasonable deadlines for the City to respond in light of shelter-in-place orders and the COVID-19 pandemic. The Parties will update the Court with their plans on April 7, 2020.

Given the uncertainty and likely impact of the COVID-19 pandemic on the Parties' respective abilities to participate in the discovery process, engage with experts, and otherwise litigate this case, the Parties believe it would be prudent to extend all deadlines by at least 12 weeks from the dates previously proposed.

## II. PROPOSED SCHEDULE:

In light of the statewide shelter in place order currently in effect and the impact that COVID-19 will likely have on normal operation of Plaintiffs, the City, and this Court, the Parties respectfully request that the deadlines previously ordered by this Court or proposed by the Parties be extended as follows:

**Motion for Class Certification filed no later than**:  September 11, 2020

**Completion of fact discovery**:  December 18, 2020

**Expert Discovery**:

    Disclosure of Experts:  December 18, 2020

    Rebuttal Reports/Rebuttal Expert Disclosure  January 29, 2021

    Expert Depositions complete/Expert Discovery Closed:  February 26, 2021

**Dispositive motion filing deadline**:  April 9, 2021

**Dispositive motion hearing deadline:**  As set by the court after April 9, 2021

**Pretrial conference**:  As set by the Court after April 9, 2021

**Start of Trial**:  As set by the Court after April 9, 2021

Respectfully Submitted,

Dated: March 31, 2020    DISABILITY RIGHTS ADVOCATES

By:  /s/ Thomas Zito
     Thomas Zito

PUBLIC INTEREST LAW PROJECT

By:  /s/ Michael Rawson
     Michael Rawson

Counsel for Plaintiffs

Dated: March 31, 2020               CITY OF OAKLAND

By: /s/ Kevin P. McLaughlin
Kevin P. McLaughlin, Deputy City Attorney

Counsel for Defendant City of Oakland

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Thomas Zito, attest that concurrence in the filing of this document has been obtained from all signatories.

**[PROPOSED] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated:                             By: _____
The Honorable Jon S. Tigar
United States District Court
Northern District of California