UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH, ET AL., <br>     Plaintiffs, <br>   v. <br> CITY OF OAKLAND, <br>     Defendant. | Case No. 19-cv-05398-JST <br><br> **SCHEDULING ORDER** |

At the parties' joint request, ECF No. 46, the class certification deadline is continued to October 2, 2020. The case management conference currently scheduled for July 7, 2020 is vacated.

**IT IS SO ORDERED.**

Dated: July 1, 2020



JON S. TIGAR
United States District Judge