Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Shira J. Tevah (CA BAR NO. 307106)
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:   (510) 665-8511
Email: tzito@dralegal.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH, SUNDAY PARKER, and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendants. | **Case No. 4:19-cv-05398-JST**<br><br>**NOTICE OF APPEARANCE OF SHIRA J. TEVAH AS COUNSEL FOR PLAINTIFFS**<br><br>Judge: Hon. Jon S. Tigar |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Shira J. Tevah of Disability Rights Advocates hereby appears as counsel for Plaintiffs IAN SMITH, SUNDAY PARKER, and MITCH JESERICH in this matter. Ms. Tevah's contact information is as follows:

>Shira J. Tevah (CA BAR NO. 307106)
>stevah@dralegal.org
>Disability Rights Advocates
>2001 Center Street, Fourth Floor
>Berkeley, CA 94704
>Tel: (510) 665-8644
>Fax: (510) 665-8511

The undersigned hereby requests to be added to the docket's list of counsel as attorneys to be noticed.

DATED: August 3, 2020         Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

_____
Shira J. Tevah
Attorney for Plaintiffs

---

*Smith et al. v. City of Oakland,* **Case No. 4:19-cv-05398-JST**
**Notice of Shira J. Tevah as Counsel for Plaintiffs**                                    1