# EXHIBIT A

*LAPKOFF & GOBALET DEMOGRAPHIC RESEARCH, INC.*
www.Demographers.com

*Shelley Lapkoff, PhD* • 4367 Short Hill Rd., Oakland, CA 94605-4646 • (510) 435-2453
*Jeanne Gobalet, PhD* • 22361 Rolling Hills Rd., Saratoga, CA 95070-6560 • (408) 725-8164 • cell (408) 966-5902

# Shelley Lapkoff, Ph.D.
**Demographer**
Lapkoff & Gobalet Demographic Research, Inc.
Lapkoff@demographers.com

President and Principal, Lapkoff & Gobalet Demographic Research, Inc., since 1992, and founder and owner of Lapkoff Demographic Research before that.

Lecturer, *University of California, Berkeley,* Demography Department, 1995 and 2001.

**Education and Honors**
Ph.D.   Demography, *University of California, Berkeley*, 1988
M.A.    Economics, *University of California, Berkeley*
A.B.    Economics, With Honors, *University of Maryland*
Guest Lecturer, Business School, University of California, Berkeley
NICHHD Training Grant, University of California, Berkeley, 1984-86
University of California Graduate Fellowship, 1982-84

**Political Redistricting Experience**
Since 1990, Dr. Lapkoff has provided demographic assistance to many jurisdictions making the change from at-large to by-district election of governing board members. In connection with these projects, she has made many public presentations involving redistricting. She has provided expert testimony and litigation support in a variety of cases involving political districting and redistricting.
Attended Maptitude Redistricting training course (2011). Caliper Corporation's three-day course covering GIS redistricting and mapping.

**Papers and Professional Presentations**
*Political Districting*

"Who Must Elect by District in California? A Demographer's Perspective on Methods for Assessing Racially Polarized Voting," with Shelley Lapkoff. Chapter 18 in *Emerging Techniques in Applied Demography,* Hoque, M. Nazrul, Potter, Lloyd B. (Eds.), 2015.

"How much is enough and how much is too much? Measuring Hispanic political strength for redistricting purposes," with Jeanne Gobalet, 2012 Population Association of America Annual Meeting.

"Voting Rights Act Issues in Political Redistricting," with Jeanne Gobalet, 1993 Population Association of America Annual Meeting.

Invited Speaker, "Demographers and the Legal System," International Conference on Applied Demography, Bowling Green University, 1992.

"Changing from At-large to District Election of Trustees in Two California Community College Districts: A Study of Contrasts," with Jeanne G. Gobalet, *Applied Demography*, August 1991.

*School and Child Demography*

"Who Attends Private Schools?" with Magali Barbieri and Jeanne Gobalet, 2014 Applied Demography Conference, San Antonio, TX.

"Measuring Variations in Private School Enrollment Rates Using ACS Estimates," with Magali Barbieri and Jeanne Gobalet, 2014 American Community Survey Users Conference, Washington, DC.

1

"Five Trends for Schools," Educational Leadership, March 2007, Volume 64, No. 6, Association for Supervision and Curriculum Development (with Rose Maria Li).

"Studies in Applied Demography," Session Organizer at the 2006 Population Association of America Annual Meeting.

"California's Changing Demographics: How New Population Trends Can Affect Your District," 2004 California School Boards Association Annual Meeting.

Panelist, "School Demography" session, 2004 Southern Demographic Association Annual Meeting.

"Where Have All the Children Gone?" Poster, 2004 Population Association of America Annual Meeting.

"Using Child-Adult Ratios for Estimating Census Tract Populations," 1996 Population Association of America Annual Meeting.

"How to Figure Kids," *American Demographics*, January 1994.

"Neighborhood Life Cycles," 1994 Population Association of America Annual Meeting.

"Enrollment Projections for School Districts," *Applied Demography*, Spring 1993.

"Projecting Births in a California School District," 1993 Population Association of America Annual Meeting.

"School District Demography," Session Organizer and Chair, 1994 Population Association of America Annual Meeting.

"School District Demography," Roundtable Luncheon Organizer, 1992 Population Association of America Annual Meeting.

"National Demographic Trends," presentation to the National Association of Business Economists, 1990.

"Demographic Trends and Long-range Enrollment Forecasting," presentation at the Redwood Leadership Institute, Sonoma County, California, 1990.

"Projections of Student Enrollment in the Pleasanton Unified School District," 1989 Population Association of America Annual Meeting.

*General Demography*

"Forecast of Emeritus Faculty/Staff Households on a University Campus," with Jeanne Gobalet, 2000 Population Association of America Annual Meeting.

"Communicating Results:  Practical Approaches Suited to Decision-Oriented Audiences," Panelist.  2000 Population Association of America Annual Meeting.

"Fiscal Impacts of Demographic Change: Focus on California," Session Organizer and Chair. 1995 Population Association of America Annual Meeting.

Discussant for "Evaluating the Accuracy of Population Estimates and Projections," 1992 Population Association of America Annual Meeting.

"Intergenerational Flows of Time and Goods: Consequences of Slowing Population Growth," with Ronald Lee, *Journal of Political Economy*, March 1988.

"A Research Note on Keyfitz' 'The Demographics of Unfunded Pension'," *European Journal of Population*, July 1991.

"Pay-as-you-go Retirement Systems in Nonstable Populations," Working Paper, U.C. Berkeley Demography Group, 1985.

"Assessing Long-run Migration Policy as a Solution to the Old Age Dependency Problem," paper presented at the 1985 Population Association of America Annual Meeting