DISABILITY RIGHTS ADVOCATES
Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Shira Tevah (CA BAR NO. 307106)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Melissa A. Morris (CA BAR NO. 233393)
Public Interest Law Project
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:   (510) 891-9794
Fax:  (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | **Case No. 4:19-cv-05398-JST**<br><br>**DECLARATION OF THOMAS ZITO REGARDING STIPULATED PROTECTIVE ORDER**<br><br>Judge:   Hon. Jon S. Tigar |

1     I, Thomas P. Zito, being of age and sound mind hereby declare:

2     1.    I am an attorney duly licensed to practice law in the State of California and am counsel of record for Plaintiffs and the putative class in this action. The statements made in this declaration are made of my own personal knowledge.  If called as a witness, I could and would testify competently to the facts set forth in this declaration

6     2.    The filed Stipulation requesting entry of a Protective Order, ECF No. 58 is identical to the Northern District of California's Model order except for the specific case-identifying information and specific information where it was to be entered in blanks in the model order.

11     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San José, California this 19th day of November 2020.

_____
Thomas Zito

---

*Smith et al. v. City of Oakland*, Case No. 19-cv-5398-JST
**Declaration of Thomas Zito Regarding Stipulated Protective Order**    1