| | |
|---|---|
| **From:** | McLaughlin, Kevin |
| **To:** | Shira Tevah |
| **Cc:** | Thomas Zito; Sean Betouliere; Emily Seelenfreund; Mike Rawson; Craig Castellanet |
| **Subject:** | RE: Confidential Portions of Plaintiff Deposition Transcripts |
| **Date:** | Wednesday, November 25, 2020 12:19:53 PM |

Hi Shira –

The City disputes that the address information is confidential. I am not sure at this point whether we would file an opposition.

Regards,
Kevin

**From:** Shira Tevah <stevah@dralegal.org>
**Sent:** Wednesday, November 25, 2020 10:08 AM
**To:** McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org>
**Cc:** Thomas Zito <tzito@dralegal.org>; Sean Betouliere <sbetouliere@dralegal.org>; Emily Seelenfreund <eseelenfreund@dralegal.org>; Mike Rawson <mrawson@pilpca.org>; Craig Castellanet <ccastellanet@pilpca.org>
**Subject:** RE: Confidential Portions of Plaintiff Deposition Transcripts

Hi Kevin,

Please indicate whether the city opposes such a motion.

Thanks,

Shira

**Shira Tevah ¦ Disability Rights Advocates**
**Staff Attorney**
Pronouns: She/Her

2001 Center Street, 4th Floor, Berkeley, CA 94704

P (510) 972-9909) ¦ F 510 665 8511 ¦ www.dralegal.org

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or at (510) 665-8644 and delete the message and its attachments, if any.

**From:** McLaughlin, Kevin <KMcLaughlin@oaklandcityattorney.org>
**Sent:** Wednesday, November 25, 2020 8:58 AM