**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant. | **Case No. 4:19-cv-05398-JST**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SUPPORTING MATERIALS**<br><br>Judge:   Hon. Jon S. Tigar |

Plaintiffs have moved for an order sealing the City's Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 54), Exhibit A to Mr. McLaughlin's Declaration (Dkt. No. 55-1), Exhibit B to Mr. McLaughlin's Declaration (Dkt. No. 55-2), Defendant's Request for Judicial Notice (Dkt. No. 57), and Exhibit D to the City's Request for Judicial Notice (Dkt. No. 57-4) and replacing these documents with versions in which any references to Plaintiffs' current or former addresses are redacted. Having considered the Plaintiffs' request and the relevant law, the Court finds that there is minimal public interest in public disclosure of Plaintiffs' current or former home addresses and a possibility of harm to the Plaintiffs resulting from such disclosure, and there is therefore "good cause" for sealing.

Therefore, IT IS HEREBY ORDERED as follows:

Docket Nos. 54, 55-1, 55-2, 57, and 57-4 shall be sealed and replaced with, respectively, Exhibits 2, 3, 4, 5, and 6 to the Declaration of Shira Tevah in support of Plaintiffs' motion to seal.

IT IS SO ORDERED.

DATED: December 16, 2020

The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE