DISABILITY RIGHTS ADVOCATES
Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Tel:  (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Melissa A. Morris (CA BAR NO. 233393)
Public Interest Law Project
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:  (510) 891-9794
Fax:  (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney – SBN 251477
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961 Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | **Case No. 4:19-cv-05398-JST**<br><br>**RULE 26(f) REPORT**<br><br>Judge:   Hon. Jon S. Tigar |

# RULE 26(F) REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's order (ECF No. 74), Thomas Zito of Disability Rights Advocates met by video with Kevin McLaughlin, Deputy City Attorney for the City of Oakland on June 25, 2021. The parties, by and though their undersigned counsel, jointly submit this Rule 26(f) Report.

**I.     FED. R. CIV. P. 26(F) REPORT – DISCOVERY PLAN:**

*Rule 26(f)(3)(A): What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made:*

The Parties have already exchanged initial and supplemental disclosures. The Parties will continue to supplement disclosures as required by the rules.

*Rule 26(f)(3)(B):  The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues.*

The Parties have already completed several rounds of discovery and the City has deposed Mr. Jeserich and Mr. Smith. The Plaintiffs have noticed the City's deposition pursuant to Rule 30(b)(6). The Parties anticipate further discovery on facts relevant to Plaintiffs' claims and the City's defenses. The next phase of discovery is anticipated to concern the accessibility of rental housing in the City's program and in the City more broadly for purposes of expert analysis. The Parties are working with Magistrate Judge Ryu to refine the approach of potential joint experts and expert analysis and streamline discovery through that process. The Parties continue to agree that there is no need to conduct discovery in phases and have agreed to preliminary fact and expert discovery deadlines as outlined below in the proposed case schedule.

*Rule 26(f)(3)(C):  Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:*

The Parties do not anticipate issues concerning electronically stored information and have discussed and agreed to preserve all such information.

*Rule 26(f)(3)(D):* *Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:*

The Parties have stipulated to a protective order concerning confidential and privileged materials. (See ECF No. 60). The Parties have entered into the following stipulated agreement concerning logging of privileged documents: "Work product and communications involving trial counsel (including communications between counsel and client) that post-date June 6, 2019—the date Plaintiffs' sent their initial demand—need not be placed on a privilege log. Communications and work product from before that date may be identified on a privilege log by category, rather than individually, if appropriate." The Parties will continue to meet and confer if issues concerning privileged or protected materials arise.

*Rule 26(f)(3)(E):* *What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.*

The Parties do not anticipate further change to the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules for the purposes of discovery in this case.

*Rule 26(f)(3)(F):* *Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c):*

None at this time.

## II.   SCHEDULING:

The Parties propose the following schedule:

| | |
|---|---|
| **Completion of fact discovery**: | May 27, 2022 |
| **Expert Discovery**: | |
| Disclosure of Experts: | June 24, 2022 |
| Rebuttal Reports/Rebuttal Expert Disclosure | July 15, 2022 |
| Expert Depositions complete/Expert Discovery Closed: | August 5, 2022 |
| **Daubert Motions and Dispositive motion filing deadline**: | September 16, 2022 |
| **Dispositive motion hearing date:** | As set by the court on or before November 10, 2022 |

| | |
|---|---|
| **Pretrial conference**: | December 16, 2022 or as set by the Court |
| **Start of Trial**: | As set by the Court on or after December 16, 2022. |

Respectfully Submitted,

| | |
|---|---|
| Dated: July 2, 2021 | DISABILITY RIGHTS ADVOCATES |
| | |
| | By: /s/ Thomas Zito |
| |      Thomas Zito |
| | PUBLIC INTEREST LAW PROJECT |
| | |
| | By: /s/ Michael Rawson |
| |      Michael Rawson |
| | Counsel for Plaintiffs |
| Dated: July 2, 2021 | CITY OF OAKLAND |
| | |
| | By: /s/ Kevin P. McLaughlin |
| |      Kevin P. McLaughlin, Supervising Deputy City Attorney |
| | Counsel for Defendant City of Oakland |

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Kevin P. McLaughlin, attest that concurrence in the filing of this document has been obtained from all signatories.

# [PROPOSED] ORDER

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: _____  By: _____
The Honorable Jon S. Tigar
United States District Court
Northern District of California