UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH, et al., <br>       Plaintiffs, <br> v. <br> CITY OF OAKLAND, <br>       Defendant. | Case No. 19-cv-05398-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: ECF No. 71 |

Before the Court is Defendant City of Oakland's motion for judgment on the pleadings. ECF No. 71. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for July 22, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 12, 2021



JON S. TIGAR
United States District Judge