DISABILITY RIGHTS ADVOCATES
Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Public Interest Law Project
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:   (510) 891-9794
Fax:  (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

BARBARA J. PARKER, City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney – SBN 167716
KEVIN P. MCLAUGHLIN, Supervising Deputy City Attorney – SBN 251477
MICHAEL J. QUIRK, Deputy City Attorney – SBN 283351
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961 Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | Case No. 4:19-cv-05398-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DUPLICATION OF BUILDING PLANS** |

### STIPULATION RE: DUPLICATION OF BUILDING PLANS

Pursuant to Local Rule 7-12, Defendant City of Oakland ("City") and Plaintiffs Ian Smith, et al. (collectively the "Parties") hereby stipulate to the following:

1. WHEREAS, the Parties are working to survey the accessibility of a sample of rental units in the City (the "Survey"). During the course of Survey efforts, the Parties have determined it necessary to utilize and duplicate building plans maintained by the City, for some of the rental units included in the Survey, in order to provide evidence pertaining to the accessibility of those units.

2. WHEREAS, California Health & Safety Code section 19851 prohibits the duplication of building plans maintained by the City except with (1) the written permission of the professional who signed the plans and the current owner of the building, or (2) a court order or request by a state agency.

3. IT IS HEREBY STIPULATED by the Parties that good cause exists to duplicate certain building plans, and the Parties request that the Court enter an order authorizing for this litigation the duplication of the building plans maintained by the City, for buildings that are included in the Survey.

4. IT IS FURTHER STIPULATED by the Parties that California Health & Safety Code section 19851(b), requiring that the City request written permission from the owner or association owning the building for which building plans are sought, and section 19851(c), requiring that the person who requests to duplicate building plans submit an affidavit, are inapplicable to those plans duplicated for purposes of the Survey, and request that the Court's order reflect the same.

//
//
//
//
//
//

5. IT IS FURTHER STIPULATED by the Parties that all plans produced pursuant to this order will be designated "confidential" by the City pursuant to the protective order entered in this action (ECF 60), and will be used only for the purposes of this litigation and/or related settlement.

Respectfully Submitted,

Dated: June 7, 2022  DISABILITY RIGHTS ADVOCATES

By: /s/ Thomas Zito
    Thomas Zito

PUBLIC INTEREST LAW PROJECT

By: /s/ Michael Rawson
    Michael Rawson

Counsel for Plaintiffs

Dated: June 7, 2022  CITY OF OAKLAND

By: /s/ Kevin P. McLaughlin
    Kevin P. McLaughlin, Supervising
    Deputy City Attorney

Counsel for Defendant City of Oakland

FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Kevin P. McLaughlin, attest that concurrence in the filing of this document has been obtained from all signatories.

//
//
//
//
//

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court orders as follows:

Pursuant to California Health & Safety Code section 19851(a), the City of Oakland is authorized to duplicate building plans maintained by the City, for buildings that are included in the Parties' survey of the accessibility of a sample of rental units in the City.

California Health & Safety Code section 19851(b), requiring that the City request written permission from the owner or association owning the building for which building plans are sought, and section 19851(c), requiring that the person who requests to duplicate building plans submit an affidavit, are inapplicable to those plans duplicated for purposes of this survey.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 9, 2022            By: _____
                                   The Honorable Jon S. Tigar
                                   United States District Court
                                   Northern District of California