Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:   (510) 665-8511
Email:   tzito@dralegal.org

Joshua M. Rosenthal (*pro hac vice*)
DISABILITY RIGHTS ADVOCATES
655 Third Ave. 14th Floor
New York, NY 10017-5621
Tel: (212) 644-8644
Email: jrosenthal@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel:   (510) 891-9794
Fax:   (510) 891-9727
Email:   mrawson@pilpca.org

Attorneys for Plaintiffs

BARBARA J. PARKER,
City Attorney – SBN 069722
MARIA BEE, Chief Assistant City Attorney –
SBN 167716
KEVIN P. MCLAUGHLIN, Supervising Deputy
City Attorney – SBN 251477
MICHAEL J. QUIRK, Deputy City Attorney –
SBN 283351
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Tel: (510) 238-2961
Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant | **Case No. 4:19-cv-05398-JST**<br><br>**FOURTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    May 31, 2023<br>Time:    2:00 P.M.<br>Place:   Zoom Hearing<br>Judge:  Hon. Jon S. Tigar |

1               **FOURTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

2         Pursuant to Civil L.R 16-10(d) and this Court's April 12, 2023 order (ECF No. 103), the

3 Parties, by and though their undersigned counsel, jointly submit this Fourth Joint Case

4 Management Conference Statement.

5 **I.**       **STATUS SINCE DECEMBER 18, 2019:**

6         **A.**       <u>**Status of Settlement Discussions**</u>

7         Since January 2021, shortly after this Court certified a class in this matter, the Parties

8 have been engaged in a settlement process overseen by Magistrate Judge Ryu. (*See* ECF Nos.

9 67-70, 84-94, 96, 98, 100-102). As part of that process, the Parties engaged a joint survey of the

10 accessibility of rental units in the City of Oakland.  (ECF Nos. 70, 90).  Throughout the two

11 years of settlement discussions and survey, the parties worked diligently to ascertain relevant

12 facts and try to reach resolution, though the process was slowed by the COVID 19 pandemic.

13         In early April 2023, the Parties determined that settlement was not possible without

14 further rulings from this Court. However, as a result of their settlement efforts the Parties were

15 able to narrow certain issues and stipulate to certain facts in anticipation of trial.

16         **B.**       <u>**Status of Litigation**</u>

17         During settlement discussions, the Parties largely refrained from proceeding with active

18 litigation.  However, discovery is not yet complete, and Plaintiffs anticipate the next round of

19 discovery may take significant time for the reasons outlined below.  Following the close of

20 discovery, the Parties anticipate proceeding to summary judgment motions and trial.

21                 1.      <u>Plaintiffs' Position Regarding Further Discovery</u>

22         As part of their effort to demonstrate that few if any rent-controlled properties in the

23 City of Oakland are accessible—and that the City contains substantial numbers of more

24 accessible rental units built after the rent control Program's current cut-off date—Plaintiffs

25 anticipate conducting on-site inspections of certain randomly-selected rental properties via

26 third-party subpoena. Plaintiffs anticipate that there will likely be objections and delays

27 associated with these subpoenas, that some may require motions to compel, and that

28 consequently, this process will take a significant amount of time.

---

1        2.        Defendant's Position Regarding Further Discovery

2    Defendant anticipates conducting some modest additional fact discovery and concurs in

3 the fact discovery completion date proposed below.

4 **II.    PROPOSED SCHEDULE:**

5    In consideration of the above, Parties respectfully request the following schedule:

6 **Completion of fact discovery**:                                December 22, 2023

7 **Expert Discovery**:

8        Disclosure of Experts:                                 December 22, 2023

9        Rebuttal Reports/Rebuttal Expert Disclosure          February 9, 2024

10       Expert Depositions complete/Expert Discovery Closed:   March 8, 2024

11 **Summary judgment motion filing deadline**:                  April 5, 2024

12 Summary judgment opposition filing deadline:                 April 26, 2024

13 Summary judgment reply filing deadline:                      May 10, 2024

14 **Summary judgment motion hearing deadline:**   As set by the court on or after May 16, 2024

15 **Pretrial conference**:                          As set by the Court after May 16, 2024

16 **Start of Trial**:                               As set by the Court after May 16, 2024

17

18

Respectfully Submitted,

19

Dated: May 24, 2023                          DISABILITY RIGHTS ADVOCATES

20

21

By:  /s/ Thomas Zito

22            Thomas Zito

23 PUBLIC INTEREST LAW PROJECT

24

25 By:  /s/ Michael Rawson

            Michael Rawson

26

Counsel for Plaintiffs

27

28

*Smith et al. v. City of Oakland*, **Case No. 19-5398-JST**
**Fourth Joint Case Management Conference Statement**                                    **2**

1

Dated: May 24, 2023                    CITY OF OAKLAND

2

3                                       By: /s/ Kevin P. McLaughlin

                                        Kevin P. McLaughlin, Supervising
                                        Deputy City Attorney

4

5                                       Counsel for Defendant City of Oakland

6

7                                       FILER'S ATTESTATION

8        Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Kevin P. McLaughlin, attest that

9    concurrence in the filing of this document has been obtained from all signatories.

10

11                                    **[PROPOSED] ORDER**

12

13

14   **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

15

16

17    Dated:                           By: _____

18                                        The Honorable Jon S. Tigar
                                          United States District Court
19                                        Northern District of California

20

21

22

23

24

25

26

27

28

---

*Smith et al. v. City of Oakland*, **Case No. 19-5398-JST**
**Fourth Joint Case Management Conference Statement**                    **3**