Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel: (510) 665-8644
Fax: (510) 665-8511
Email: tzito@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727
Email: mrawson@pilpca.org

Emily Roznowski (pro hac vice)
DISABILITY RIGHTS ADVOCATES
300 S. Wacker Drive, Floor 32
Chicago, Illinois 60606
Tel: (332) 217-2328
Email: eroznowski@dralegal.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>    Defendant. | **Case No. 4:19-cv-05398-JST**<br><br>PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

Plaintiffs respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents submitted in support of Plaintiffs' concurrently filed Motion for Summary Judgment in this case, which are attached as Exhibits to the Declaration of Sean Betouliere filed in support of Plaintiffs' Motion for Summary Judgment:

1. **Exhibit A**: Residential Rent Adjustment Program Ordinance (Oakland Municipal Code §§ 8.22.010-8.22.250), available at https://library.municode.com/ca/oakland/codes/code_of_ordinances?nodeId=TIT8HESA_CH8.22REREADEV (visited and saved as PDF on March 27, 2024).

2. **Exhibit C**: Rent Adjustment Program Annual Report 2018-2019 and 2019-2020.

3. **Exhibit D**: Rent Adjustment Program Annual Report 2020-2021 and 2021-2022.

4. **Exhibit E**: June 2016 Performance Audit of the City of Oakland Rent Adjustment Program.

5. **Exhibit G**: City of Oakland Webpage Re: Allowable Rent Increases Under Rent Control Program.

6. **Exhibit H**: Costa Hawkins Rental Housing Act, available at https://leginfo.legislature.ca.gov/faces/codes_displayText.xhtml?lawCode=CIV&division=3.&title=5.&part=4.&chapter=2.7.&article= (visited and saved as PDF on March 22, 2024).

7. **Exhibit AA** City of Oakland Ordinance 9980 (Original October 7, 1980 City Rent Control Ordinance).

8. **Exhibit BB**: City of Oakland Ordinance 10402 (November 1, 1983 Amendment to City Rent Control Ordinance).

9. **Exhibit CC**: City of Oakland Ordinance 11758 (December 13, 1994 Amendment to City Rent Control Ordinance).

10. **Exhibit FF**: Oakland City Council July 5, 2016 Resolution Urging the State Legislatures and Governor To Repeal Or Modernize the Costa Hawkins Rental Housing Act.

11. **Exhibit GG**: Oakland City Council March 21, 2017 Resolution Supporting Assembly Bill 1506.

12. **Exhibit HH**: Excerpts from City of Oakland Housing Element, 2023-2031 – Racial Equity Impact Analysis, available at https://cao-94612.s3.us-west-2.amazonaws.com/documents/Housing-Element-REIA-1.6.23_Final.pdf (visited and saved as PDF on March 27, 2024).

Each of the above documents is subject to judicial notice under Federal Rule of Evidence 201 as they contain information whose accuracy can readily be determined from a source not reasonably subject to being questioned. *See* Fed. R. Evid. 201(b). Courts routinely take judicial

1  notice of public records, particularly those from governmental and administrative agencies. *See*
2  *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) ("Courts may take judicial notice of
3  some public records, including the records and reports of administrative bodies.") (internal
4  quotations omitted). "Municipal ordinances are proper subjects for judicial notice." *Tollis, Inc. v.*
5  *Cnty. of San Diego*, 505 F.3d 935, 938 n.1 (9th Cir. 2007) (citation omitted). Public records
6  reflecting official actions, reports, government memoranda and reports are all properly judicially
7  noticed. *See Bd. of Trs. of Leland Stanford Junior Univ. v. Cnty. of Santa Clara*, No. 18-CV-
8  07650-BLF, 2019 WL 5087593, at *4 (N.D. Cal. Oct. 10, 2019) (collecting cases).
9  A City's Housing Element or excerpts thereof are also properly judicially noticed. *Ohio House,*
10 *LLC v. City of Costa Mesa*, No. 819CV01710JVSGJS, 2022 WL 18284406, at *3 (C.D. Cal.
11 Nov. 16, 2022) (taking judicial notice of excerpts of Costa Mesa's Housing Element Update).
12 Judicial notice is properly taken of official information posted on a government website, where
13 the accuracy of the information is not in dispute. *Ariz. Libertarian Party v. Reagan*, 798 F.3d
14 723, 727 n.3 (9th Cir. 2015). The Oakland City Council ordinances, resolutions, reports, Housing
15 Element excerpts, official documents, and webpages here are all public and factual records
16 capable of ready determination from reliable, official sources and are thus appropriate for
17 judicial notice. *See Jacques v. Hyatt Corp.,* 2012 WL 3010969, *1 (N.D. Cal. July 23, 2012)
18 ("This order takes judicial notice of the California Secretary of State 'Business Entity Detail' for
19 Hyatt Corporation, as the contents of this document[ ] are not subject to reasonable dispute in
20 that, as a government website, it is capable of accurate and ready determination.").
21      All of these documents are subject to judicial notice and contain facts relevant and
22 material to Plaintiffs' claims as outlined in Plaintiffs' Motion for Summary Judgment. The Court
23 should take judicial notice of the listed exhibits pursuant to Federal Rule of Evidence 201.
24 //
25 //
26 //
27 //
28

Respectfully Submitted,

Dated: April 26, 2024                           DISABILITY RIGHTS ADVOCATES


By: /s/ *Thomas Zito*
    Thomas Zito


PUBLIC INTEREST LAW PROJECT


By: /s/ *Michael Rawson*
    Michael Rawson


Counsel for Plaintiffs