Thomas Zito (CA BAR NO. 304629)
Sean Betouliere (CA BAR NO. 308645)
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, CA 94704-1204
Tel:   (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

Emily Roznowski (pro hac vice)
DISABILITY RIGHTS ADVOCATES
300 S. Wacker Drive, Floor 32
Chicago, Illinois 60606
Tel: (332) 217-2328
Email: eroznowski@dralegal.org

Michael Rawson (CA BAR NO. 95868)
Craig Castellanet (CA BAR NO. 176054)
Public Interest Law Project
449 15th Street, Suite 301
Oakland, CA 94612-06001
Tel:   (510) 891-9794
Fax:  (510) 891-9727
Email: mrawson@pilpca.org

Attorneys for Plaintiffs

Kevin P. McLaughlin, Supervising Deputy City Attorney (CA BAR NO. 251477)
Michael J. Quirk, Deputy City Attorney (CA BAR NO. 283351)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel:  (510) 238-2961
Fax:  (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity,<br><br>Defendant. | **Case No. 4:19-cv-05398-JST**<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER PURSUANT TO ECF NO. 115; [PROPOSED] ORDER** |

---

Pursuant to this Court's order (ECF No. 115), the Parties present this joint stipulation for entry of an order modifying the current scheduling order in this matter. The Parties met and conferred regarding these proposed schedule modifications via multiple emails before and after the Case Management Conference on May 13, 2024, and via videoconference on May 10, 2024.

## I.  BACKGROUND

On January 31, 2024, this Court modified the scheduling order pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. (ECF No. 106).  At the time, the Parties did not consider the implications of filing evidentiary motions pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) (hereinafter *Daubert* motions), to exclude, partially exclude or otherwise limit the testimony of their respective experts. However, after the close of expert discovery, the Parties have concluded that they will be objecting to the admission of some expert testimony pursuant to Daubert and Rule 702. The Parties notified the Court of their intent to *Daubert* each other's experts and requested guidance from the Court on how to proceed, whether to include those motions in their summary judgment briefing or proceed by separate motion.  The Court held a case management conference on May 13, 2024 to discuss the issue with the Parties.  At that conference, the Court indicated its preference to resolve *Daubert* issues by separate motion prior to resolving any summary judgment motions, but left the issue to the Parties to decide their preferred path forward.  The Court directed the Parties to meet and confer and propose a schedule for the Court.

PROPOSED MODIFICATION TO SCHEDULING ORDERAfter meeting and conferring, the Parties propose the following modification to the case schedule:

| Event | Current Deadline | Proposed |
|---|---|---|
| Evidentiary/*Daubert* motions to exclude or limit expert testimony and evidence | | |
| A. Opening Motions | None | May 31, 2024 |
| B. Oppositions/Response | None | June 21, 2024 |
| C. Replies | None | July 3, 2024 |

| Hearing on *Daubert* Motions | None | July 18, 2024 at 2:00 p.m. |
|---|---|---|
| Tentative Dispositive motions: | | (Tentative Proposed Dates)[1] |
|    A. Plaintiffs' MSJ filing deadline | April 26, 2024 (already filed) | August 29, 2024[2] |
|    B. City MSJ/Opposition to Plaintiffs due | May 17, 2024 | September 12, 2024 |
|    C. Plaintiffs' Opposition to MSJ/Reply due | June 7, 2024 | October 3, 2024 |
|    D. City Reply Brief due | June 21, 2024 | October 17, 2024 |
| Dispositive motion hearing | July 18, 2024 at 2:00 p.m. | November 7, 2024 at 2:00 p.m. Or as set by the Court. |
| Pretrial conference statement due | February 14, 2025 | No Change |
| Pretrial conference | February 21, 2025 at 2:00 p.m. | No Change |
| Trial | March 17, 2025 at 8:30 a.m. | No Change |
| Estimate of trial length (in days) | Seven | No Change |

At this time, the Parties are not requesting a change to the trial schedule, and have a strong preference to keep the current March 17, 2025 date. However, they request that the Court hold a Case Management Conference within two weeks of issuing its order on the Parties' cross motions for summary judgment in order to ascertain the feasibility of maintaining the March 17, 2025 trial date.

The Parties also request that the Court vacate the further Case Management Conference

---

[1] The dates are tentative assuming that the Court could rule on the Parties' *Daubert*/evidentiary motions by or before August 15, 2024. If the Court requires longer to decide those motions, the Parties request that the Court hold a Case Management Conference as soon as practicable after issuing an order to address any necessary modifications to the tentative schedule.

[2] This deadline is for Plaintiffs to either refile their motion or file a notice on the Docket that Plaintiffs' April 26, 2024 filing remains unchanged after the Court has ruled on the Parties' *Daubert*/evidentiary motions.

set for 5/23/24 at 10:00 a.m.

## II. CONCLUSION

Based on the above stipulation, the Parties respectfully request that the Court adopt the proposed modified schedule and vacate the Case Management Conference set for 5/23/24 at 10:00 a.m.

Respectfully Submitted,

Dated: May 15, 2024                                     DISABILITY RIGHTS ADVOCATES

                                                        By:  /s/ Thomas Zito
                                                             Thomas Zito

                                                        PUBLIC INTEREST LAW PROJECT

                                                        By:  /s/ Michael Rawson
                                                             Michael Rawson

                                                        Counsel for Plaintiffs

Dated: May 15, 2024                                     CITY OF OAKLAND

                                                        By: /s/ Kevin McLaughlin
                                                            Kevin P. McLaughlin, Deputy City
                                                            Attorney

                                                        Counsel for Defendant City of Oakland

## FILER'S ATTESTATION

Pursuant to Civl L.R. 5-1(i)(3) regarding signatures, I, Thomas Zito attest that I have obtained concurrence from all signatories to file this document.

*Smith, et al. v. City of Oakland*, **Case No. 19-5398-JST**
Stipulation To Modify Scheduling Order Pursuant to ECF No. 115; [Proposed] Order    3

1  **[PROPOSED] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: _____     By: _____
                                The Honorable Jon S. Tigar
                                United States District Court
                                Northern District of California

---

*Smith, et al. v. City of Oakland*, **Case No. 19-5398-JST**
**Stipulation To Modify Scheduling Order Pursuant to ECF No. 115; [Proposed] Order**                                    **4**