1   Thomas Zito (CA BAR NO. 304629)          Michael Rawson (CA Bar No. 95868)
    Sean Betouliere (CA BAR NO. 308645)      Craig Castellanet (CA Bar No. 176054)
2   DISABILITY RIGHTS ADVOCATES              PUBLIC INTEREST LAW PROJECT
    2001 Center Street, Third Floor          449 15th St., Suite 301
3   Berkeley, California 94704-1204          Oakland, CA 94612-06001
    Tel:  (510) 665-8644                     Tel. (510) 891-9794
4   Fax:  (510) 665-8511                     Fax. (510) 891-9727
    Email: tzito@dralegal.org                email: mrawson@pilpca.org
5
    EMILY ROZNOWSKI (Pro Hac Vice)
6   Disability Rights Advocates
    300 South Wacker Drive, Floor 32
7   Chicago, Illinois 60606-6680
    Tel: (332) 217-2319
8   Fax: (212) 644-8636
    Email: eroznowski@dralegal.org
9
    Attorneys for Plaintiffs
10
    Additional Counsel listed on following page
11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                        **OAKLAND DIVISION**

15   IAN SMITH and MITCH JESERICH, on        Case No. 4:19-cv-05398-JST
     behalf of themselves and all others similarly
16   situated, ,                            **Stipulation and [~~Proposed~~] Order to Modify
                                             Briefing Schedule and Request for Case
                   Plaintiffs,               Management Conference**
17
                                             Judge:    Jon S. Tigar
18         v.

19   CITY OF OAKLAND, a public entity,

20                 Defendant.

21         v.

22   ROB BONTA, in his official capacity as
     Attorney General of California,
23
                   *Intervenor-Defendant*,
24
     CALIFORNIA APARTMENT
25   ASSOCIATION, a California nonprofit
     mutual benefit corporation,
26
                   *Proposed Intervenor-
27                 Defendant.*

28

Kevin P. McLaughlin, Supervising Deputy City Attorney (CA BAR NO. 251477)
Michael J. Quirk, Deputy City Attorney (CA BAR NO. 283351)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-2961
Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

ROB BONTA Attorney General of California
ANNA FERRARI Supervising Deputy Attorney General
JAMES R. BOWEN Deputy Attorney General, State Bar No. 334879
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6079
E-mail: James.Bowen@doj.ca.gov

Attorneys for Rob Bonta, in his official capacity as Attorney General of California

NIELSEN MERKSAMER LLP
Christopher E. Skinnell, Esq. (S.B. No. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone: (415) 389-6800
Facsimile: (415) 388-6874
Email: cskinnell@nmgovlaw.com

Attorneys for (Proposed) Intervenor-Defendant CALIFORNIA APARTMENT ASSOCIATION

<Remainder of Page is Blank>

//

//

//

//

//

//

//

//

//

//

Pursuant to this Court's order (ECF No. 156), Federal Rule of Civil Procedure 16, and Local Rules 7-11 and 7-12 the Parties, intervening California Attorney General Bonta, and proposed Intervenors California Apartment Association (CAA) submit this stipulated administrative motion to alter and extend the times for opposing proposed intervenor CAA's Motion to Intervene in this action (ECF No. 163), and the corresponding reply beyond the time articulated in Civil L.R. 7-3. No prior extensions have been requested, and the extensions would not alter the scheduled hearing date. Counsel for Plaintiffs, Defendant, and Intervenor Attorney General Bonta and proposed Intervenor CAA have conferred and stipulate to this motion.

The requested extensions are made to accommodate the schedules of counsel. After meeting and conferring, counsel have agreed to the requested briefing schedule. Under the requested extended deadlines, all briefs will be filed with the Court fourteen (14) days before the scheduled hearing date of January 29, 2026.

### A.    <u>The Parties' Stipulated Request</u>

Pursuant to Civil Local Rule 7-11, the Parties now jointly request that the Court order as follows:

- ○    Plaintiffs may file any Opposition to the California Apartment Association's Motion to Intervene (ECF No. 163) on or before December 23, 2025 at 5 p.m. Defendant City of Oakland and Intervenor State of California do not oppose CAA's motion to intervene.
- ○    The California Apartment Association may file any Reply Briefs to oppositions on or before January 15, 2026.

### B.    <u>Request for Case Management</u>

Additionally, the Parties, Intervenors, and proposed Intervenors request that the Court hold a Case Management Conference as contemplated by the Court's order (ECF No. 156) now that the California Attorney General has accepted the Court's invitation to intervene in this matter. However, because of Counsel schedules and unavailability, the Parties, Intervenors and proposed Intervenors request that the Court schedule the Case Management Conference on or after December 9, 2025 and on or before December 23, 2025 or alternatively after January 9, 2026.

Counsel for one or more of the Intervenors and proposed Intervenors are unavailable from November 22, 2025 through December 9, 2025 and December 30, 2025 through January 9, 2026.

1    Counsel for Plaintiffs are unavailable from December 23, 2025 through January 3, 2026.

5                        <Remainder of Page is Blank>

Stipulation and [Proposed] Order to Modify Briefing Schedule and Request for Case Management Conference

DATED:  November __, 2025                Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

By: _____*/s/ Thomas Zito*_____
                Thomas Zito
                Attorneys for Plaintiffs

PUBLIC INTEREST LAW PROJECT

By: _____*/s/Michael Rawson*_____
                Michael Rawson
                Attorneys for Plaintiffs

CITY OF OAKLAND

By: _____*/s/ Kevin P. McLaughlin*_____
                Kevin P. McLaughlin
                Supervising Deputy City Attorney

                Counsel for Defendant City of Oakland

ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General

By: _____*/s/James R. Bowen*_____
                James R. Bowen
                Deputy Attorney General

                *Attorneys for Rob Bonta, in his official capacity as*
                *Attorney General of California*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NIELSEN MERKSAMER LLP


By:    _/s/ Christopher E. Skinnell_
       Christopher E. Skinnell

Attorneys for Proposed Intervenor-Defendant
CALIFORNIA APARTMENT ASSOCIATION


**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Thomas Zito attest that I have obtained concurrence from all signatories to file this document.

1

## ~~[PROPOSED]~~ ORDER

2   **PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED.**

3        The Briefing Schedule for the Proposed Intervenor, California Apartment Association's Motion

4   to Intervene is modified as follows:

| Oppositions to Motion to Intervene | December 23, 2025 |
|---|---|
| Reply Briefs to Oppositions | January 15, 2026 |
| Hearing on Motion | January 29, 2026 |

9        The Court sets a Case Management Conference for December 16, 2025.  A joint case

10  management statement is due December 9, 2025.

11  **IT IS SO ORDERED**

12  Dated: November 20, 2025

13

_____

14                          JON S. TIGAR

15                    United States District Judge