United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN SMITH, et al.,

Plaintiffs,

v.

CITY OF OAKLAND,

Defendant.

Case No. 19-cv-05398-JST

**ORDER SETTING SCHEDULE RE: SUPPLEMENTAL SUMMARY JUDGMENT BRIEFING; ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES**

Re: ECF No. 181

The Court adopts the parties' stipulated briefing schedule, ECF No. 181 at 5, following the Court's denial of the California Apartment Association's motion to intervene:

| Filing | Date | Page Limit |
|---|---|---|
| Brief of the Attorney General Regarding Certified Constitutional Issue (ECF No. 178) | February 20, 2026 | 15 |
| Plaintiffs' Supplemental Motion for Summary Judgment and Response to Attorney General's Brief | March 27, 2026 | 25 |
| City of Oakland's Opposition to Plaintiffs' Supplemental Motion for Summary Judgment and Response to the Attorney General's Brief | April 10, 2026 | 25 |
| Plaintiffs' Reply Brief to the City of Oakland's Brief | April 24, 2026 | 15 |

Unless otherwise ordered, the Court will hear argument on May 28, 2026.

United States District Court
Northern District of California

The pretrial conference and trial dates are vacated. The Court will set a new trial date, if necessary, following its resolution of the supplemental motion for summary judgment.

**IT IS SO ORDERED.**

Dated: March 18, 2026



_____
JON S. TIGAR
United States District Judge