Thomas Zito (CA Bar No. 304629)
tzito@dralegal.org
Sean Betouliere (CA Bar No. 308645)
sbetouliere@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel:    (510) 665-8644
Fax:    (510) 665-8511

Emily Roznowski, (*pro hac vice*)
eroznowski@dralegal.org
Raika Kim (*pro hac vice*)
rkim@dralegal.org
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, Floor 32
Chicago, IL 60606-6680
Tel:  (332) 217-2319
Fax: (212) 644-8636

Michael Rawson (CA Bar No. 95868)
mrawson@pilpca.org
Craig Castellanet (CA Bar No. 176054)
ccastellanet@pilpca.org
PUBLIC INTEREST LAW PROJECT
449 15th Street, Suite 301
Oakland, CA 94612-06001
Tel: (510) 891-9794
Fax: (510) 891-9727

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF OAKLAND, a public entity,<br><br>                Defendant.<br>        v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>                *Intervenor-Defendant*, | Case No.  4:19-cv-05398-JST<br><br>**Declaration of Thomas Zito in support of Plaintiffs' Supplemental Reply in Support of Plaintiffs' Motion for Summary Judgment**<br><br>*Filed concurrently with Plaintiffs' Supplemental Reply in Support of Plaintiffs' Motion for Summary Judgment*<br><br>Date:      May 28, 2026<br>Time:     2pm<br>Crtrm.:   Zoom<br><br>Judge:    Hon. Jon S. Tigar<br><br>Trial Date: Vacated |

Case No. 4:19-cv-05398-JST

Declaration of Thomas Zito in support of Plaintiffs' Supplemental Reply in Support of Plaintiffs' Motion for Summary Judgment

DECLARATION OF THOMAS ZITO

I, Thomas Zito, declare as follows:

1.     I am an attorney with Disability Rights Advocates, attorney of record for Plaintiffs.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of Reply to Plaintiffs' Supplemental Motion for Summary Judgment.

2.     Exhibit OO to my declaration is a true and accurate copy of the Expert Witness Rebuttal Report of Dr. Shelley Lapkoff rebutting the testimony and report of the City's expert witness Matt Kowta. The report was signed on February 19, 2024 and I served it on the City along with supplemental expert disclosures on February 23, 2024.

3.     Exhibit PP to my declaration is a true and accurate copy of the Defendant City of Oakland's Supplemental Responses to Plaintiff Ian Smith's Request for Production of Documents Set One, signed by the Defendant's counsel on November 6, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 23rd day of April, 2026, at Portland, Oregon

_____
Thomas Zito

DATED:  April 23, 2026                      DISABILITY RIGHTS ADVOCATES

By: _____
Thomas Zito
Attorneys for Plaintiffs

Case No. 4:19-cv-05398-JST
Declaration of Thomas Zito in support of Plaintiffs' Supplemental Reply in Support of Plaintiffs' Motion for Summary Judgment