**Western Center on Law & Poverty**
Madeline Howard (SBN 254660)
mhoward@wclp.org
Richard A. Rothschild (SBN 67356)
rrothschild@wclp.org
3701 Wilshire Blvd., Suite 208
Los Angeles, California 90010
T: (213) 235-2628
F: (213) 487-0242

**National Housing Law Project**
Parisa Ijadi-Maghsoodi (SBN 273847)
pijadimaghsoodi@nhlp.org
90 New Montgomery St., Suite 1015
San Francisco, California 94105
T: (415) 636-7372

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SMITH, SUNDAY PARKER, and MITCH JESERICH, on behalf of themselves and all others similarly situated, Plaintiffs, | Case No. Case No. 4:19-cv-05398-JST |
| | **[PROPOSED] ORDER GRANTING LEAVE TO FILE *AMICI CURIAE* BRIEF** |
| v. | Local Rule 7-11 |
| | Date: May 28, 2026 |
| CITY OF OAKLAND, a public entity, Defendant, | Time: 2:00 p.m. |
| | Crtrm: Zoom Hearing |
| v. | Judge: Hon. Jon S. Tigar |
| ROB BONTA, in his official capacity as Attorney General of California, | |
| Intervenor-Defendant. | |

## **[PROPOSED] ORDER**

After full consideration of the papers filed in support of the Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Supplemental Motion for Summary Judgment, any other papers submitted in support of or opposition to the Motion, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1.  The Motion for Leave to File *Amici Curiae* Brief of Plaintiffs' Supplemental Motion for Summary Judgment is GRANTED; and

2.  The [Proposed] Brief of *Amici Curiae* filed concurrently with the motion for leave is deemed filed as of the date of this Order.

IT IS SO ORDERED.


Date: _____          _____
                                      The Honorable Jon S. Tigar
                                      United States District Judge

[Proposed] Order Granting Leave to File *Amici Curiae* Brief; Case No. 4:19-cv-05398-JST