THOMAS ZITO (CA BAR NO. 304629)
SEAN BETOULIERE (CA BAR NO. 308645)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:  (510) 665-8511
Email: tzito@dralegal.org

EMILY ROZNOWSKI *(Pro Hac Vice)*
RAIKA KIM *(Pro Hac Vice)*
DISABILITY RIGHTS ADVOCATES
300 South Wacker Drive, Floor 32
Chicago, Illinois 60606-6680
Tel: (332) 217-2319
Fax: (212) 644-8636
Email: eroznowski@dralegal.org

MICHAEL RAWSON (CA Bar No. 95868)
CRAIG CASTELLANET (CA Bar No. 176054)
PUBLIC INTEREST LAW PROJECT
449 15th St., Suite 301
Oakland, CA 94612-06001
Tel. (510) 891-9794
Fax. (510) 891-9727
email: mrawson@pilpca.org

Attorneys for Plaintiffs

KEVIN P. MCLAUGHLIN, Supervising
Deputy City Attorney (CA BAR NO. 251477)
MICHAEL J. QUIRK, Deputy City Attorney
(CA BAR NO. 283351)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel: (510) 238-2961
Fax: (510) 238-6500
Email: kmclaughlin@oaklandcityattorney.org

Attorneys for Defendant City of Oakland

ROB BONTA Attorney General of California
ANNA FERRARI Supervising Deputy Attorney
General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6079
E-mail: James.Bowen@doj.ca.gov

Attorneys for Rob Bonta, in his official
capacity as Attorney General of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated, <br><br>       Plaintiffs, <br><br>       v. <br><br> CITY OF OAKLAND, a public entity, <br><br>       Defendant. <br>       v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br>       *Intervenor-Defendant*, | Case No. 4:19-cv-05398-JST <br><br> **Stipulation Pursuant to L.R. 7-11 and 7-12 to Allow ASL Interpreters to Appear on Camera During Hearing on Summary Judgement; ORDER** <br><br> Date:    May 28, 2026 <br> Time:    2:00 p.m. <br> Crtrm.:  Zoom Hearing <br><br> Judge:   Jon S. Tigar |

Case No. 4:19-cv-05398-JST

Stipulation Pursuant to L.R. 7-11 and 7-12 to Allow ASL Interpreters to Appear on Camera During Hearing on Summary Judgement

Pursuant to Local Rule 7-12, the Parties have stipulated to this request for administrative relief. Plaintiff Ian Smith will attend the Zoom hearing on Plaintiffs' supplemental motion for summary judgment that is currently on the Court's calendar for May 28, 2026 at 2:00 p.m. Because of Mr. Smith's disabilities, he requires an American Sign Language interpreter in order to access the hearing. Plaintiffs will provide the interpreters that Mr. Smith requires; however, in order for the interpreters to be effective for Mr. Smith, they would need to "appear" on-screen along with all counsel to provide live interpreting services for Mr. Smith. Given the potential length of the hearing, two interpreters may be necessary to facilitate interpretation as they would need to trade off to prevent exhaustion while interpreting live.

The Parties have stipulated that, as an accommodation for Mr. Smith's disabilities, the interpreters may appear on-screen to facilitate interpretation for Mr. Smith and any other people observing who require ASL interpretation.

Stipulation Pursuant to L.R. 7-11 and 7-12 to Allow ASL Interpreters to Appear on Camera During Hearing on Summary Judgement

DATED:  May __, 2026                    DISABILITY RIGHTS ADVOCATES


By:      */s/ Thomas Zito*_____
         Thomas Zito
         Attorneys for Plaintiffs


         PUBLIC INTEREST LAW PROJECT


By:      */s/Michael Rawson*_____
         Michael Rawson
         Attorneys for Plaintiffs


         CITY OF OAKLAND


By:      */s/ Kevin P. McLaughlin*_____
         Kevin P. McLaughlin
         Supervising Deputy City Attorney

         Counsel for Defendant City of Oakland

ROB BONTA
Attorney General of California
ANNA FERRARI
Supervising Deputy Attorney General

By:      */s/Anna Ferrari*_____
         Anna Ferrari
         Supervising Deputy Attorney General

         *Attorneys for Rob Bonta, in his official
         capacity as Attorney General of
         California*

Stipulation Pursuant to L.R. 7-11 and 7-12 to Allow ASL Interpreters to Appear on Camera During Hearing on Summary Judgement

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS HEREBY ORDERED.**

As a reasonable accommodation for Plaintiff Ian Smith, up to two American Sign Language interpreters, provided by Plaintiffs, shall be allowed to "appear" on-screen during the hearing on Plaintiffs' Supplemental Motion for Summary Judgement on May 28, 2026.

**IT IS SO ORDERED**

Dated: May 21, 2026

_____
JON S. TIGAR
United States District Judge

Stipulation Pursuant to L.R. 7-11 and 7-12 to Allow ASL Interpreters to Appear on Camera During Hearing on Summary Judgement