Thomas Zito (CA Bar No. 304629)
tzito@dralegal.org
Sean Betouliere (CA Bar No. 308645)
sbetouliere@dralegal.org
DISABILITY RIGHTS ADVOCATES
455 Market St., Ste 1940
PMB 509115
San Francisco, CA, 94105-2448
Telephone: (510) 665-8644
Fax: (510) 665-8511

Emily Roznowski, (*pro hac vice*)
eroznowski@dralegal.org
Raika Kim (*pro hac vice*)
rkim@dralegal.org
DISABILITY RIGHTS ADVOCATES
980 N Michigan Ave., Ste 1090
PMB 509115
Chicago, IL, 60611-4521
Tel: (332) 217-2319
Fax: (510) 665-8511

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IAN SMITH and MITCH JESERICH, on behalf of themselves and all others similarly situated, | **Case No. 4:19-cv-05398-JST** |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF FIRM CONTACT INFORMATION** |
| CITY OF OAKLAND, a public entity, | |
| Defendant | |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of California, | |
| *Intervenor-Defendant* | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that effective July 1, 2026, the law firm of Disability Rights Advocates has new mailing addresses in California and Illinois and a new fax number for Illinois attorneys as follows:

| Attorney Name | New Mailing Address |
|---|---|
| Thomas Zito<br><br>Sean Betouliere | Disability Rights Advocates<br>455 Market St., Ste 1940<br>PMB 509115<br>San Francisco, CA, 94105-2448 |
| Emily Roznowski<br><br>Raika Kim | Disability Rights Advocates<br>980 N Michigan Ave., Ste 1090<br>PMB 509115<br>Chicago, IL, 60611-4521<br><br>Fax: (510) 665-8511 |

DATED:  July 1, 2026                    DISABILITY RIGHTS ADVOCATES

By:   /s/ Sean Betouliere
      SEAN BETOULIERE (CA BAR NO. 308645)
      sbetouliere@dralegal.org

      **Disability Rights Advocates**
      455 Market St., Ste 1940
      PMB 509115
      San Francisco, CA, 94105-2448
      Tel:    (510) 665-8644
      Fax:    (510) 665-8511

      Attorneys for Plaintiffs