UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN SMITH, et al.,

Plaintiffs,

v.

CITY OF OAKLAND,

Defendant.

Case No. 19-cv-05398-JST

**ORDER RE: MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Re: ECF No. 224

Before the Court is Defendant City of Oakland's motion for leave to file motion for reconsideration. ECF No. 224. The Court grants the motion for leave to file. The Court further construes ECF No. 224 as the motion for reconsideration and orders Plaintiffs to file a response within 14 days of this order. Plaintiffs' deadline to file their amended complaint, *see* ECF No. 222 at 13, is stayed pending resolution of the motion for reconsideration.

**IT IS SO ORDERED.**

Dated: October 15, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California